UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MALIBU TEXTILES, INC.,

                    Plaintiff,

 -against-

BOOHOO GROUP PLC, et al.,

                    Defendants.

---

19 Civ. 10170 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    In light of Magistrate Judge Moses' information that the parties have agreed to a settlement, the Clerk of the Court shall mark this action closed, subject to reopening within thirty days is the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:    New York, New York
          June 26, 2020

                    _____
                    LORETTA A. PRESKA
                    Senior United States District Judge